

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00127-CR

| | | |
|---|---|---|
| GEORGE EDMOND FOLAU, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1455728D) |
| V. | § | June 13, 2019 |
| | § | Opinion by Visiting Judge Mike Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By: /s/ Mike Wallach
Judge Mike Wallach